# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENZYME CORPORATION,<br><br>                 Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>                 Defendant. | Civil Action No. 08-10988 |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Genzyme Corporation, and the defendant, Federal Insurance Company, hereby stipulate and agree to the dismissal with prejudice of all claims in this Action with all rights of appeal waived and each party to bear its own costs and fees.

Dated: June 7, 2012

**PLAINTIFF,**
**GENZYME CORPORATION**
By its attorneys,


/s/ Anne E. Johnson
Robert G. Jones, BBO#630767
Peter L. Welsh, BBO#643261
Anne E. Johnson, BBO#666361
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 951-7000

**DEFENDANT,**
**FEDERAL INSURANCE COMPANY**
By its attorneys,


/s/ Barbara O'Donnell
Barbara O'Donnell, BBO#544458
Catherine O'Donnell, BBO#634719
Zelle McDonough & Cohen LLP
101 Federal Street
Boston, MA  02108
(617) 557-5900


Daniel J. Standish, admitted *pro hac vice*
Marc E. Rindner, admitted *pro hac vice*
Wiley Rein LLP
1776 K Street, NW
Washington, D.C.  20006
(202) 719-7000

30791231_1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2012.

                        /s/ Anne E. Johnson
                        Anne E. Johnson